UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                               Plaintiff,<br><br>v.<br><br>CHARLES C. ROGERS, et al.,<br><br>                               Defendants. | Case No.:  23-CV-1379-CAB-SBC<br><br>**ORDER SETTING VIDEO CONFERENCE AND STRIKING PLAINTIFF'S MOTIONS FOR SANCTIONS**<br><br>**[DOC NOS. 17, 18.]** |

The Court hereby ORDERS the Parties to appear for a Video Conference on **Wednesday, December 20, 2023, at 1:00 p.m.** to address their discovery issues as stated in the Parties' November 28, 2023, Joint Notice of Discovery Dispute and December 15, 2023, Joint Notice of Discovery Dispute.

Separately, the Court DENIES Anton A. Ewing's ("Plaintiff") December 14, 2023, Motion for Sanctions and December 15, 2023, Second Motions for Sanctions (collectively, "Motions") for the Motions' non-compliance and STRIKES the Motions from the docket accordingly. (Doc. No. 17, 18.) Plaintiff did not obtain leave of Court to file the Motions, and the Court declines to rule on the Motions under such circumstances. Plaintiff shall refrain from filing any further motions absent leave of Court and absent strict compliance

with the Federal Rules of Civil Procedure, this District's Civil Local Rules, and the Civil Chambers Rules governing this Action. Failure to comply with the noted Rules or any order of this Court may result in the imposition of sanctions against Plaintiff, including, but not limited to, monetary sanctions.

**IT IS SO ORDERED.**

Dated:  December 18, 2023

Hon. Steve B. Chu
United States Magistrate Judge