UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>               Plaintiff,<br><br>v.<br><br>CHARLES C. ROGERS, et al.,<br><br>               Defendants. | Case No.:  23-CV-1379-CAB-SBC<br><br>**ORDER FOLLOWING VIDEO DISCOVERY CONFERENCE** |

On December 20, 2023, the Court convened a Video Discovery Conference pursuant to its December 18, 2023, Order. (ECF No. 19.) Having considered the Parties' November 22, 2023, and December 15, 2023, Joint Notices of Discovery Dispute, and having fully heard from the Parties during today's Conference, the Court DENIES the relief Plaintiff requests pursuant to both Joint Notices of Discovery Dispute.

It is further ORDERED that all communications with Chambers regarding this matter are to be in writing via email to the Chambers' email address.  The Parties shall direct future communications to the Chambers' email address for the exclusive purpose of lodging Joint Notices of Discovery Dispute and in full compliance with the Court's Civil Chambers Rules. Communications beyond this scope are inappropriate, and no phone calls

will be accepted.

Finally, the Parties are ORDERED to record by Zoom videoconferencing platform any and all meet and confer discussions and make such recordings available to the Court upon the Court's request.

**IT IS SO ORDERED.**

Dated:  December 20, 2023

Hon. Steve B. Chu
United States Magistrate Judge