1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       SOUTHERN DISTRICT OF CALIFORNIA
10
11   ANTON A. EWING,                        Case No.:  23-CV-1379-CAB-SBC
12                        Plaintiff,
                                            **ORDER DENYING OBJECTION TO**
13   v.                                     **MAGISTRATE JUDGE ORDERS**
14   CHARLES C. ROGERS and CHUCK
     "BUCK" ROGERS REALTY, INC.,
15                                          [Doc. No. 24]
16                        Defendants.
17

18       The Court is in receipt of a document from Plaintiff captioned "Notice of Appeal of
19   Orders at ECF Nos. 19 and 23, to District Judge."  [Doc. No. 24.]  The document appears
20   to be an objection to two orders of Magistrate Judge Chu (1) denying Plaintiffs' motions
21   for sanctions and (2) following a discovery conference with the parties.    Upon
22   consideration of Plaintiff's objection and of the docket in this case, the Court finds that the
23   orders in question concerned case management matters squarely within the discretionary
24   purview of the Magistrate Judge.  *See Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402,
25   404 (9th Cir. 2010) ("It is well established that district courts have inherent power to control
26   their docket.") (internal brackets and quotation marks omitted).  Accordingly, Judge Chu's
27   denial of Plaintiff's motions for sanctions and denial of Plaintiff's requests for discovery
28   relief (which was made before discovery in fact has begun in this case) were not contrary

to law.   Accordingly, the Court denies Plaintiff's request for further briefing and **OVERRULES** Plaintiff's objections.

It is **SO ORDERED**.

Dated:  January 2, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge

23-CV-1379-CAB-SBC